# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00128-CR

---

**Ryan Alexander Mulder, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2017-718, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Ryan Alexander Mulder was charged with the offense of aggravated assault with a deadly weapon. *See* Tex. Penal Code §§ 22.01, .02. Prior to trial, Mulder elected to have the district court determine his sentence in the event that he was found guilty of the charged offense. At the end of the guilt-or-innocence phase, the jury found Mulder guilty. The district court assessed Mulder's punishment at ten years' imprisonment. *See id.* § 12.33. Mulder appeals the district court's judgment of conviction.

Mulder's court-appointed attorney on appeal has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. Counsel's brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744-45 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the

court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Mulder's counsel has represented to the Court that he provided copies of the motion and brief to Mulder; advised Mulder of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court; and provided Mulder with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Although Mulder was given a copy of the appellate record, he has not filed a pro se brief, and the time permitted to file a brief has expired.

We have independently reviewed the record and have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. We grant counsel's motion to withdraw and affirm the district court's judgment of conviction.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Affirmed

Filed: November 27, 2019

Do Not Publish

2